**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brian BLURTON, Defendant–**
**Appellant.**

**No. 14–50301.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 22, 2015.

Filed Nov. 19, 2015.

Jean–Claude Andre, Assistant U.S., Jerry Chenwei Yang, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Elizabeth Richardson–Royer, Deputy Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI, IKUTA and OWENS, Circuit Judges.

**MEMORANDUM***

The district court erred by ordering restitution without disaggregating "the losses,

---

* This disposition is not appropriate for publication and is not precedent except as provided

by Ninth Circuit Rule 36–3.

including ongoing losses, caused by the original abuse of [each] victim .... from the losses caused by the ongoing distribution and possession of images of that original abuse, to the extent possible." *United States v. Galan*, No. 14–30145, 804 F.3d 1287, 1291, 2015 WL 6736535 (9th Cir. Nov. 4, 2015).

The restitution order is **VACATED** and the case is **REMANDED** for further proceedings consistent with *Galan*.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.